UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br><br>          Plaintiff,<br><br>     v.<br><br>PRICE, et al.,<br><br>          Defendants. | No.  1:21-cv-01699-KES-SAB (PC)<br><br>ORDER DISCHARING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JAMES C. MCCURDY, CDCR #F-65620<br><br>(ECF No. 47) |

A settlement conference in this matter commenced on March 3, 2026.  Inmate James C. McCurdy, CDCR #F-65620, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 3, 2026**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

1