UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br><br>    Plaintiff,<br><br>  v.<br><br>J. PRICE, et al.,<br><br>    Defendants. | No.  1:21-cv-01699-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) DISMISS DEFENDANT PRICE AND (2) DISMISS DEFENDANT MARTINEZ<br><br>Docs. 34, 45 |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant Price be dismissed because he had died on October 28, 2019.  Doc. 34.  The findings and recommendations were served on the parties and contained notice that objections were to be filed within fourteen days.  *Id*. at 3.

On November 17, 2025, the Court ordered plaintiff to show cause why defendant Martinez should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  Doc. 38. The magistrate judge subsequently issued findings and recommendations on January 20, 2026, recommending the dismissal of defendant Martinez.  Doc. 45.  The findings and recommendations were served on the parties and contained notice that objections were to be filed

1

within fourteen days. *Id*. at 3.

On December 15, 2025, the assigned magistrate judge stayed this case pending alternative dispute resolution (ADR) proceedings. Doc. 43. On February 3, 2026, the Court partially lifted the stay because there did not appear to be a reason to defer ruling on the recommended dismissal of defendants Price and Martinez while plaintiff and the remaining defendants pursued ADR. Doc. 46. The Court provided plaintiff fourteen days to file objections to the findings and recommendations to dismiss defendant Price (Doc. 34) and to the findings and recommendations to dismiss defendant Martinez (Doc. 45). *Id*. Plaintiff subsequently requested and was granted additional time to file objections to the findings and recommendations. Docs. 49, 50. The additional time to file objections has passed and no objections have been filed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued November 12, 2025, Doc. 34, are adopted in full;

2. Defendant Price is dismissed from this action with prejudice;

3. The findings and recommendations issued January 20, 2026, Doc. 45, are adopted in full; and

4. Defendant Martinez is dismissed from the action pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated:    March 31, 2026

_____
UNITED STATES DISTRICT JUDGE

2